UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA, *ex rel* SIMEON ANDERSON, *et al.*,

    Plaintiffs,

v.

CONSUMERS ENERGY COMPANY, *et al.*,

    Defendants.

Case No. 2:13-cv-10660

Hon. Laurie J. Michelson

Magistrate Judge Mona K. Majzoub

## STIPULATED ORDER OF DISMISSAL

Upon the stipulation of the Parties and this Court being duly advised in the premises,

IT IS ORDERED that all claims of the Plaintiffs, except the United States, are dismissed with prejudice on the basis of the filed rate doctrine, including claims brought under the False Claims Act, 31 U.S.C. § 3729–3733.

IT IS ALSO ORDERED that all claims of the United States, only, are dismissed without prejudice.

IT IS ALSO ORDERED that each party is responsible for its own costs and attorneys' fees.

IT IS FINALLY ORDERED that this Order is the final order in this case, resolving all pending claims, and the case is closed.

> s/Laurie J. Michelson
> LAURIE J. MICHELSON
> UNITED STATES DISTRICT JUDGE

Dated: August 20, 2014

*Stipulated as to Form and Content*:

| JEROME D. GOLDBERG P.L.L.C. | BARRIS, SOTT, DENN & DRIKER, P.L.L.C. |
|---|---|
| By:/s/ Jerome D. Goldberg w/ permission<br>Jerome D. Goldberg (P61678)<br>Attorneys for Plaintiffs Anderson, Greater True Worship Church, and Class<br>2921 E Jefferson Ave Ste 205<br>Detroit, MI 48207<br>(313) 393-6001<br>apclawyer@sbcglobal.net | By: /s/ Melonie L. M. Stothers<br>Sharon M. Woods (P22542)<br>Melonie L.M. Stothers (P65344)<br>Attorneys for Defendants Consumers Energy Company, Eric Keaton, Steve Strubleski, and Michael Torrey<br>211 W. Fort St. 15th Floor<br>Detroit, MI 48226<br>(313)965-9725<br>swoods@bsdd.com,<br>mstothers@bsdd.com |

BARBARA L. McQUADE
United States Attorney

By: /s/ Peter A. Caplan w/ permission
Peter A. Caplan (P30643)
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
(313) 226-9784
peter.caplan@usdoj.gov

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 20, 2014.

                    s/Jane Johnson
                    Case Manager to
                    Honorable Laurie J. Michelson